**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re: | Case No: 8-13-74213-las |
| MICHAEL W. KOPER, | Chapter 7 |
| Debtor. | |

_____

INTERNATIONAL CHRISTIAN
BROADCASTING, INC., and TRINITY
CHRISTIAN CENTER OF SANTA ANA, INC.,         Adv. Proc. No.  13-08167-las
                                                                                  Adv. Proc. No.  13-08168-las
Plaintiffs,                                          Adv. Proc. No.  13-08169-las

v.

MICHAEL W. KOPER,

Defendant.

_____

## <u>ORDER APPROVING STIPULATION</u>

Plaintiffs International Christian Broadcasting, Inc. and Trinity Christian Center of Santa

Ana, Inc., and Defendant Michael W. Koper having entered into the Stipulation of Resolution of

Sanctions Motion and Stipulation to Judgment in Adversary Proceeding dated October 26, 2015

(the "Stipulation"), attached hereto, with respect to the above-captioned adversary proceedings, it

is hereby

ORDERED, that the Stipulation is approved.



**Dated: October 30, 2015**                                    **Louis A. Scarcella**
**        Central Islip, New York**                          **United States Bankruptcy Judge**