UNITED STATES BANKRTUPCY COURT
EASTERN DISTRICT OF NEW YORK

\------------------------------------------------------------------------x

In re

MICHAEL W. KOPER,

                             Debtor.

\------------------------------------------------------------------------x

INTERNATIONAL CHRISTIAN BROADCASTING,
INC. & TRINITY CHRISTIAN CENTER OF SANTA
ANA, INC.,

                          Plaintiffs,
   -against-

MICHAEL W. KOPER

                          Defendant.

\------------------------------------------------------------------------x

Chapter 7

Case No.: 8-13-74213

Adv. Pro. No.: 8-13-08167
(Proceedings Consolidated for Trial: 8-13-8168, 8-13-9169)

## STIPULATION OF RESOLUTION OF SANCTIONS MOTION AND STIPULATION TO JUDGMENT IN ADVERSARY PROCEEDING

This Stipulation is made this 26th day of October, 2015 by and between the plaintiffs, International Christian Broadcasting, Inc. and Trinity Christian Center of Santa Ana, Inc. (Plaintiffs) represented by LeClairRyan - Michael T. Conway, Esq., Winters & King, Inc. - Michael J. King, Esq. & Ted J. Nelson, Esq., Mahaffey Law Group – Douglas L. Mahaffey, Esq. and Michael W. Koper (Debtor/Defendant) represented by Keesling Law Group – David R. Keesling, Esq., collectively known as the Parties.

**WHEREAS,** on August 14, 2013 the Debtor/Defendant Michael W. Koper filed a voluntary Chapter 7 petition under Case No. 8-13-74213, which petition listed various unliquidated, disputed, and unsecured nonpriority claims Plaintiffs held against Debtor/Defendant, and

**WHEREAS,** the Plaintiffs filed adversary proceedings to deny discharge of the above-referenced debts under Adversary Proceedings Numbers 8-13-8167, 8-13-8168, and 8-13-8169 pursuant to 11 U.S.C. 523, and

1

**WHEREAS,** the above-referenced Adversary Proceedings were duly served on the Debtor/Defendant, and his then attorney of record, A. Scott Mandelup, Esq. on October 14, 20-14 and duly filed with the Court, and

**WHEREAS,** the Debtor/Defendant answered the above-referenced Adversary Proceedings on November 6, 2013, which was duly filed with the Court, and

**WHEREAS,** the Debtor/Defendant filed an amended answer to the above-referenced Adversary Proceedings on December 6, 2013, which was duly filed with the Court, and

**WHEREAS,** the Debtor/Defendant subsequently engaged the firm of Keesling Law Group, David R. Keesling, Esq. on or about September 11, 2015, and

**WHEREAS,** the Parties through their respective attorneys have conferred and agreed on this matter and agreed to settle the adversary proceeding subject to the approval of the United States Bankruptcy Court, Eastern District of New York, Honorable Judge Louis A. Scarcella on the following specified terms and conditions.

**NOW, THEREFORE, THE PARTIES HEREIN DO HERBY STIPULATE AND AGREE AS FOLLOWS:**

**1.     SANCTIONS MOTION GRANTED IN ITS ENTIRETY:**
The Debtor/Defendant stipulates and agrees that the allegations set forth in the above-referenced sanctions motion (the "Motion"), papers, pleadings and recordings (Trial Exhibits 99-106) submitted by Plaintiffs in support thereof, are conceded; Debtor/Defendant withdraws all objections and oppositions thereto; Debtor/Defendant waives all rights to appeal or otherwise challenge this stipulation; and that this Court shall enter appropriate findings of fact and conclusions of law consistent with the Motion and the requested relief.

**2.     DEBT NOT DISCHARGED IN THIS BANKRUPTCY PROCEEDIING:**
The Debtor/Defendant stipulates and agrees that the allegations and debts set forth in the above-referenced Adversary Proceedings are conceded and not discharged or dischargeable under the Bankruptcy Code in this Chapter 7 bankruptcy proceeding pursuant to 11 USC 523, and that this Court shall enter appropriate findings of fact and conclusions of law consistent with the allegations in the Adversary Proceedings and enter a judgment thereon.

**3.     BINDING EFFECT:** This Stipulation is binding on the parties, their heirs, successors and assigns.

4. **COURT APPROVAL:** The Parties acknowledge that the Bankruptcy Court must approve this Stipulation.

5. **EXECUTION IN COUTERPARTS:** This Stipulation may be executed in counterparts with the originals taken together to constitute one agreement of the parties.

Dated: October 26, 2015

_____
International Christian Broadcasting, Inc.
Plaintiff

By: ___ J.B. CASORIA, ASSISTANT SECRETARY

_____
Trinity Christian Center of Santa Ana, Inc.
Plaintiff

By: ___ J.B. CASORIA, ASSISTANT SECRETARY

Dated: October 26, 2015

_____
Winters & King, Inc.
Michael J. King, Esq.

Dated: October 26, 2015

_____
Michael W. Koper
Debtor/Defendant

Dated: October 26, 2015

_____
Keesling Law Group, PLLC
David R. Keesling, Esq.